**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THEODORE WEBER, Derivatively on Behalf of Nominal Defendant, ZEBRA TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ANDERS GUSTAFSSON, MICHAEL C. SMILEY, MICHAEL A. SMITH, RICHARD L. KEYSER, ANDREW K. LUDWICK, ROSS W. MANIRE, FRANK MODRUSON, JANICE ROBERTS, and CHIRANTAN DESAI,<br><br>Defendants,<br><br>and<br><br>ZEBRA TECHNOLOGIES CORPORATION,<br><br>Nominal Defendant. | Civil Action No.: 1:18-cv-05325 |
| MURRAY ZUCKER, Derivatively on Behalf of Nominal Defendant, ZEBRA TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ANDERS GUSTAFSSON, MICHAEL C. SMILEY, MICHAEL A. SMITH, RICHARD L. KEYSER, ANDREW K. LUDWICK, ROSS W. MANIRE, FRANK MODRUSON, JANICE ROBERTS, and CHIRANTAN DESAI,<br><br>Defendants,<br><br>and<br><br>ZEBRA TECHNOLOGIES CORPORATION,<br><br>Nominal Defendant. | Civil Action No.: 1:18-cv-05721 |

## STIPULATION AND ORDER TO DISMISS

WHEREAS, the lawsuit captioned *City of Warren Police and Fire Retirement System v. Zebra Technologies Corporation, et al.*, Case No. 2:17-cv-04412-LDW-AKT (the "Securities Class Action"), was filed in the Eastern District of New York on July 26, 2017, was brought as a putative class action, and alleged violations of the federal securities laws;

WHEREAS, the above-captioned lawsuit *Weber v. Gustafsson, et al.*, Case No. 1:18-cv-05325, was filed in the Northern District of Illinois on August 3, 2018, is brought as a stockholder derivative action against defendants Anders Gustafsson, Michael C. Smiley, Michael A. Smith, Richard L. Keyser, Andrew K. Ludwick, Ross W. Manire, Frank Modruson, Janice Roberts, and Chirantan Desai, and nominal defendant Zebra Technologies Corporation (collectively, "Defendants"), and alleges breaches of fiduciary duty based, *inter alia*, on facts substantially similar to those alleged in the Securities Class Action;

WHEREAS, the above-captioned lawsuit *Zucker v. Gustafsson, et al.*, Case No. 1:18-cv-05721 (Zucker and Weber are collectively referred to herein as "Plaintiffs"), was filed in the Northern District of Illinois on August 21, 2018, is brought as a stockholder derivative action against Defendants, and alleges breaches of fiduciary duty based, *inter alia*, on facts substantially similar to those alleged in the Securities Class Action;

WHEREAS, on October 4, 2018, this Court stayed the above-captioned actions until the earlier of: "(1) dismissal with prejudice of the Securities Class Action or (2) the final resolution of any motion to dismiss directed at the pleadings in the Securities Class Action," (Dkt. 15);

WHEREAS, on October 16, 2020, this Court granted the motion to dismiss by the defendants to the Securities Class Action in its entirety, with prejudice, and entered final judgment in favor of defendants (Case No. 1:19-cv-05782, Dkts. 90-91);

WHEREAS, on August 10, 2021, the Seventh Circuit entered a final judgment affirming this Court's dismissal of the Securities Class Action with prejudice, in accordance with a decision entered on the same date (Case No. 20-3258, Dkts. 38-39);

NOW, THEREFORE, it is hereby STIPULATED and AGREED as follows:

1.      The above-captioned actions are dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.      Neither Plaintiffs nor Plaintiffs' counsel have received or will receive any remuneration in connection with the proposed dismissal of the above-captioned actions.

3.      Each side is to bear its own costs and attorneys' fees.


IT IS SO STIPULATED.

Dated:  August 16, 2021

/s/ *Anthony F. Fata*
Anthony F. Fata
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
150 South Wacker Street
Suite 3000
Chicago, Illinois 60606
(312)-782-4880

David J. Stone
**BRAGAR EAGEL & SQUIRE, P.C.**
810 Seventh Avenue, 6th Floor
New York, NY 10019
(212) 308-5858

Michael J. Hynes
Ligaya T. Hernandez
**HYNES KELLER & HERNANDEZ, LLC**
101 Lindenwood Drive

/s/ *Bruce C. Howard*
Bruce C. Howard
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
(312) 236-0000
bhoward@siprut.com

Aaron Brody
**STULL, STULL, & BRODY**
6 East 45th Street
New York, NY 10017
(212) 687-7230
abrody@ssbny.com

*Attorneys for Plaintiff Zucker*

/s/ *Walter C. Carlson*
Walter C. Carlson
James W. Ducayet
Zarine L. Alam
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
(312) 853-7000

*Attorneys for Defendants*

Suite 225
Malvern, PA 19355
(484) 875-3116

*Attorneys for Plaintiff Weber*

Date: 8/16/2021

SO ORDERED.

_____
Hon. Harry D. Leinenweber, U.S.D.J.